Lawgistic Partners, LLC 1000 Boone Ave N. Suite 100
Golden Valley, MN 55427
612.333.0393

STATE OF MASSACHUSETTS

COUNTY OF District

CASE NO. 4:13-CV-40025-TSH

---

Liberty Insurance Corporation,
    Plaintiff(s),
vs.

Best Buy Co., Inc.,
    Defendant(s),

AFFIDAVIT OF SERVICE

---

STATE OF MINNESOTA    )
COUNTY OF HENNEPIN    ) ss.

I, **Marc Laurent**, depose and say that:

On 02/21/2013 at 9:34 AM, I served the within **Summons in a Civil Action; Complaint** on Best Buy Co., Inc. c/o CT Corporations System, Inc. at **100 S 5th Street #1075 , Minneapolis, MN 55402** in the manner indicated below:

By delivering a true copy of this process to **JENNY SCHURHAMER, AGENT FOR LEGAL PROCESS** of the above named corporation/business entity and informing him/her of the contents.

Description: Sex: **FEMALE** Skin: **CAUCASIAN** Hair: **BROWN** Age: **40-50** Height: **SEATED**

Under penalty of perjury I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.

Subscribed and sworn to before me on
this 26th day of February 2013.

_Rayna Meier_
Notary Public

RAYNA MEIER
Notary Public
State of Minnesota
My Commission Expires
January 31, 2014

X _Marc Laurent_
Marc Laurent, Affiant
Job Number: 244607
Client File: 413CV40025TSH
Printed on 02/22/2013




*244607*