UNITED STATES DISTRICT COUTRT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br>Subrogee of Bruce Lindsay and Beverly Lindsay<br><br>*Plaintiff,*<br><br>v.<br><br>BEST BUY CO., INC.<br><br>*Defendant.* | C.A. No.: 4:13-CV-40025-TSH |

## *ASSENTED TO* – MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

**NOW COME** the Defendant, Best Buy Co., Inc., by and through counsel and the Plaintiff, Liberty Insurance Corporation, by and through counsel, hereby stipulate that the time within which the Defendant shall answer or otherwise plead to the Plaintiff's Complaint has been extended through April 15, 2013.

| The Plaintiff,<br>By its Attorney, | The Defendant,<br>By its Attorney |
|---|---|
| /s/ Kathryn C. Rivet<br>Kathryn C. Rivet (675340)<br>Tedford & Pond, LLP<br>750 Main Street, Suite 1600<br>Hartford, CT  06103<br>(860) 293-1200 – T. | /s/ Kenneth H. Naide<br>Kenneth H. Naide (643213)<br>BONNER KIERNAN TREBACH<br>& CROCIATA, LLP<br>200 Portland Street – Suite 400<br>Boston, MA 02114<br>(617) 426-3900 – T. |

DATED:  March 13, 2013

1

## CERTIFICATE OF SERVICE

      I, Kenneth H. Naide, certify that on March 13, 2013, this document was filed electronically through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                                   /s/ Kenneth H. Naide
                                           Kenneth H. Naide