UNITED STATES DISTRICT COUTRT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br>Subrogee of Bruce Lindsay and Beverly Lindsay<br><br>*Plaintiff,*<br><br>v.<br><br>BEST BUY CO., INC.<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)C.A. No.: 4:13-CV-40025-TSH<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed.R.Civ.P. 6(b)(1)(A), the Defendant, Best Buy Stores, L.P. hereby moves the Court for an enlargement of time of thirty (30) days, up to and including October 1, 2013 in which to file its responses and/or objections to Plaintiff's Request for Admissions. The requested additional time will be necessary to coordinate the information required to prepare appropriate responses.

The Defendant has not sought any prior enlargement of time to respond to these requests for admissions. Counsel for the Plaintiff <u>assents</u> to this Motion.

WHEREFORE, the Defendant respectfully requests that this Motion for Enlargement of Time up to and including October 1, 2013, be granted.

Respectfully submitted,

The Defendant,
**BEST BUY STORES, L.P.**
By its Attorney


/s/ Kenneth Naide
Kenneth H. Naide (643213)
BONNER KIERNAN TREBACH
& CROCIATA, LLP
200 Portland Street – Suite 400
Boston, MA 02114
(617) 426-3900 – T.
knaide@bonnerkiernan.com

## CERTIFICATE OF SERVICE

I, Kenneth H. Naide, certify that on August 15, 2013, this document was filed electronically through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                       /s/ Kenneth H. Naide
                                       Kenneth H. Naide