DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br>Subrogee of Bruce Lindsay and Beverly Lindsay<br><br>*Plaintiff,*<br><br>v.<br><br>BEST BUY CO., INC.<br><br>*Defendant.* | C.A. No.: 4:13-CV-40025-TSH |

## ANSWER TO AMENDED COMPLAINT

The Defendant Best Buy Stores, L.P. ("Best Buy") hereby files this answer to the Amended Complaint.

### Parties and Factual Allegations

1. Best Buy lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

2. Admitted.

3. Best Buy lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

5(sic). Best Buy admits that it operates stores in the Commonwealth of Massachusetts and upon information and belief, that Bruce Lindsay purchased a dryer from a Best Buy store. Best Buy lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

6(sic). Best Buy lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

7(sic). Best Buy lacks knowledge and information sufficient to form a belief as to the

truth of the allegations in this paragraph.

8(sic). Best Buy lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph. To the extent this paragraph attempts to impose liability against Best Buy, it is denied.

### Jurisdiction and Venue

9(sic). This paragraph states a conclusion of law to which no response is required.

10(sic). This paragraph states a conclusion of law to which no response is required.

### Count I

11. Best Buy hereby incorporates by reference its responses to paragraphs 1 through 10(sic), as if expressly rewritten herein.

12. Best Buy lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

13. Denied.

14. Denied.

15. Best Buy lacks knowledge and information sufficient to form a belief as to the truth of the allegations in this paragraph.

16. (a-d) Denied.

17. Denied.

18. Denied.

WHEREFORE, Best Buy demands judgment against the Plaintiff, together with costs and reasonable attorney's fees, plus any other relief that this court deems appropriate.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

If the Plaintiff sustained damages or injuries, such damages or injuries were caused by the acts of third persons which the Defendant had no reason to anticipate and/or of which the Defendant had no knowledge, and/or over whom the Defendant had no control and/or for whose conduct the Defendant is not responsible.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff's insureds, Bruce and Beverly Lindsay (the "Lindsays") were guilty of contributory negligence and the damages, if any, recovered by it from the Defendant should be reduced in proportion to the said negligence of the Plaintiffs in accordance with M.G.L. c.231, §85.

### FOURTH AFFIRMATIVE DEFENSE

The Defendant denies it was negligent in any manner.

### FIFTH AFFIRMATIVE DEFENSE

Any injuries or damages alleged by the Plaintiff was caused by the Lindsay's negligence, which was greater than the alleged negligence of the Defendant; consequently, the Plaintiff cannot recover in this action pursuant to M.G.L. c. 231, §85.

### SIXTH AFFIRMATIVE DEFENSE

The Defendant states that if it was negligent as alleged in the Plaintiff's complaint, which negligence it denies, then such negligence was not the cause of the Plaintiff's alleged injuries or damages.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff cannot prevail in this action because the Plaintiff's alleged injuries did not arise out of the sale of any allegedly defective product sold by Best Buy.

### EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to mitigate its damages, and any damages awarded against the Defendant should be reduced accordingly.

## NINTH AFFIRMATIVE DEFENSE

The Lindsays altered, misused, and abused the product and were negligent in their use of the product after it left the possession, custody and control of the Defendant.

## TENTH AFFIRMATIVE DEFENSE

The claims are barred because the injuries and damages which the Plaintiffs allegedly suffered were caused by the intervening and/or superseding negligence or other acts or omissions of third persons for whose conduct the Defendant is not legally responsible.

## ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiff cannot recover attorney's fees as there is no claim against the Defendant providing for same.

## JURY CLAIM

Best Buy Co., Inc. respectfully claims a trial by jury of all claims raised in plaintiff's complaint.

        The Defendant,
        By its Attorney

        /s/ Kenneth H. Naide
        Kenneth H. Naide (643213)
        BONNER KIERNAN TREBACH & CROCIATA, LLP
        200 Portland Street — Suite 400
        Boston, MA 02114
        (617) 426-3900 (T)
        (617) 426-0380 (F)

DATED: August 28, 2013

## CERTIFICATE OF SERVICE

    I, Kenneth H. Naide, certify that on August 28, 2013, this document was filed electronically through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                          /s/ Kenneth H. Naide
                                          Kenneth H. Naide