UNITED STATES DISTRICT COUTRT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br>Subrogee of Bruce Lindsay and Beverly Lindsay<br><br>*Plaintiff,*<br><br>v.<br><br>BEST BUY CO., INC.<br><br>*Defendant.* | C.A. No.: 4:13-CV-40025-TSH |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please withdraw the undersigned as counsel on behalf of the Defendant, Best Buy Co., Inc.

Respectfully submitted,

The Defendant,
**BEST BUY CO., INC.**
By its Attorney

/s/ Kenneth Naide
Kenneth H. Naide (643213)
BONNER KIERNAN TREBACH
& CROCIATA, LLP
200 Portland Street – Suite 400
Boston, MA 02114
(617) 426-3900 – T.

## CERTIFICATE OF SERVICE

      I, Kenneth H. Naide, certify that on March 21, 2014, this document was filed electronically through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                           /s/ Kenneth H. Naide
                                           Kenneth H. Naide